UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X
UNITES STATES OF AMERICA
ex rel. JEFFREY WINTERS

    -v-

VISITING NURSE ASSOCIATION OF
BROOKLYN, INC.
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 10 2006 ★
BROOKLYN OFFICE

**ORDER**
CV04-5633 (JBW)

JACK B. WEINSTEIN, Senior District Judge:

Realtor's pro se motion to open the evidence in the captioned case will be heard February 16, 2006 at 10:00a.m., in courtroom 10B South.

So Ordered:

s/Jack B. Weinstein
Jack B. Weinstein
Sr. United States District Judge

Dated: 2/7/06
    Brooklyn, New York

