UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA ex.rel.        CV-04-5633
JEFFREY WINTERS,
                                        JUDGMENT
            Plaintiff,

    -against-

VISITING NURSE ASSOCIATION OF
BROOKLYN, INC.
            Defendant.
----------------------------------X

A motion having come on for hearing before the Court, Honorable Jack B. Weinstein, Senior District Court Judge, presiding, on June 19, 2006 brought by Robert A. Ugelow, P.C. to formally relieve said law firm as attorney for the Relator, for the Court to fix attorney's fees based upon quantum meruit and award expenses to said law firm for legal services rendered, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged *for the reasons stated orally on the record*:

that Robert A. Ugelow, P.C., 26 Court Street, Brooklyn, New York 11242 recover of Jeffrey Winters, 65-04 Booth Street, Rego Park, New York 11374 the sum of $ 14,604.35 for legal fees and expenses and said law firm shall have execution therefor;

Dated at Brooklyn, New York, this        day of June, 2006

                                        _____
                                        Clerk of the Court

6/30/06